# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY SMITH,<br>           Plaintiff,<br><br>           v.<br><br>OFFICER DAVID FRITSCHE, *et al.*<br>           Defendants. | Civil No.: 5:25-cv-05743-JMG |

## ORDER

**AND NOW,** this 30th day of January, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 10) and Plaintiff's Response in Opposition (ECF No. 11), and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 10) is **DENIED, in part**, concerning Count I (Excessive Force).

**IT IS FURTHER ORDERED** that Defendants Motion to Dismiss (ECF No. 10) is **GRANTED, in part**, **without prejudice**, concerning Count II (Civil Conspiracy).

**IT IS FURTHER ORDERED** that Plaintiff shall have until **February 13, 2026**, to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15 (a)(2).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge